Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Melissa Duarte

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| United States of America<br><br>Plaintiff,<br><br>vs.<br><br>Melissa Duarte<br><br>Defendant. | **11-CR-00639-DLJ**<br>**11-CR-00640-DLJ**<br>**11-CR-00641-DLJ**<br><br>**Stipulation and Order Continuing Sentencing** |

Defendant Melissa Duarte and the United States, by and through their respective counsel, enter into this stipulation and request for an order continuing the sentencing currently set for November 29, 2012.

The reason for the proposed continuance is to allow United States Probation to complete the Pre-Sentence Report. The report has been delayed due to PSR interview scheduling conflicts as a result of counsel for Ms. Duarte's trial and travel schedule, as well as the health issue of a family member of Ms. Duarte.

//

//

//

**Stipulation and [] Order Continuing Sentencing**

Ms. Duarte and the Government jointly request a continuance of sentencing to January 17, 2013, or the next available date on the Court's calendar.

Dated: __11/27/12___  _____/s/_____
Graham Archer
Attorney for Melissa Duarte


Dated: __11/27/12___  _____/s/_____
Daniel Kaleba
Assistant United States Attorney

**Stipulation and [] Order Continuing Sentencing**

1 [] Order Continuing Sentencing

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the sentencing currently set for November 29, 2012 at 10:00am in actions 11-CR-639, 640 and 641 shall be continued to January 39, 2013 at 10:00am.

It is so ordered.

Dated: 

_____
Hon. D. Lowell Jensen
United States District Judge

**Stipulation and [ Order Continuing Sentencing**