Graham Archer [SBN: 262464]
Law Office of Graham Archer
95 S. Market Street, Suite 300
San Jose, CA 95113
Ph: 408-596-9451
Fax: 408-596-5657
graham@garcher.com

Attorney for Defendant Melissa Duarte

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| United States of America | 11-CR-00639-DLJ |
| | 11-CR-00640-DLJ |
| Plaintiff, | 11-CR-00641-DLJ |
| vs. | **Defendant's Unopposed Motion to Continue Sentencing and Order** |
| Melissa Duarte | |
| Defendant. | |

    Defendant Melissa Duarte, by and through her attorney, moves the Court for a continuance of the sentencing currently set for Thursday, January 17, 2013 at 10:00am, and requests a sentencing date of February 14, 2013 at 10:00am.

    Counsel for Ms. Duarte seeks this continuance due to a homicide trial calendared to begin January 14, 2013 in Alameda County Superior Court that counsel does not believe will be continued. Counsel for Ms. Duarte has a second felony trial that is proceeding on a speedy trial basis, and expected to trail the homicide trial or begin immediately if the homicide trial is continued.

//

//

**Unopposed Motion and [] Order Continuing Sentencing**

Counsel for Ms. Duarte has communicated with AUSA Daniel Kaleba, and he does not object to this proposed continuance. Both Mr. Kaleba and United States Probation Officer Karen Mar are available on February 14, 2013.

Dated: __1/7/13___                             _____/s/_____
                                                                     Graham Archer
                                                                     Attorney for Melissa Duarte

|   | [] Order Continuing Sentencing |
|---|---|

Good cause appearing, upon stipulation of all parties, IT IS HEREBY ORDERED that the sentencing currently set for January 17, 2013 at 10:00am in actions 11-CR-639, 640 and 641 shall be continued to February ___, 2013 at 10:00am.

It is so ordered.

Dated:

_____
Hon. D. Lowell Jensen
United States District Judge